WALTER B. HANKIN, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. BOARD OF EDUCATION OF HAMILTON TOWNSHIP, DEFENDANT-PETITIONER.

See same case below: 47 *N. J. Super.* 70.

*Mr. William Henry Lawton* for the petitioner.

*Messrs. Backes & Backes, Mr. James A. Waldron* and *Mr. Robert M. Backes* for the respondents.

December 16, 1957.   Denied.

GEORGE AHTO, PLAINTIFF-RESPONDENT, v. RALPH NAPPI, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Nicholas S. Schloeder* for the petitioners.

*Mr. George P. Moser* and *Mr. Leo I. McGough* for the respondent.

December 16, 1957.   Denied.